SECOND DEPARTMENT, DECEMBER, 2010

(December 3, 2010)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY S. CHILLIEST, on Behalf of CHUKWUNENYE OKPO, Petitioner, v COMMISSIONER OF NEW YORK CITY DEPARTMENT OF CORRECTIONS et al., Respondents. [911 NYS2d 676]—Writ of habeas corpus in the nature of an application to fix bail upon Richmond County indictment No. 169/10.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of fixing bail on Richmond County indictment No. 169/10 in the sum of $250,000 which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Skelos, J.P., Balkin, Leventhal and Hall, JJ., concur.